IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | 3-24CR0114-N |
| NICHOLAS EVANS | |

### INDICTMENT

The Grand Jury charges:

<u>Count One</u>
Possession with Intent to Distribute a Schedule III Controlled Substance
(Violation of 21 U.S.C. § 841(b)(1)(E))

On or about January 15, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Nicholas Evans**, did knowingly and intentionally attempt to possess with the intent to distribute a mixture or substance containing a detectable amount of buprenorphine, a Schedule III controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(E).

<u>Count Two</u>
Possessing Contraband in Prison
(Violation of 18 U.S.C. § 1791(a)(2))

On or about January 15, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Nicholas Evans**, an inmate at the Federal Correctional Institution at Seagoville, Texas, knowingly possessed a prohibited object: to wit: Buprenorphine, a Schedule III controlled substance.

In violation of 18 U.S.C. § 1791(a)(2), the penalty for which is found at 18 U.S.C. § 1791(b)(3).

## Count Three
### Possessing Contraband in Prison
(Violation of 18 U.S.C. § 1791(a)(2))

On or about January 15, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Nicholas Evans**, an inmate at the Federal Correctional Institution at Seagoville, Texas, knowingly possessed a prohibited object: to wit: a phone or other device used by a user of commercial mobile service, as defined by 47 U.S.C. § 332(d), in connection with such service.

In violation of 18 U.S.C. § 1791(a)(2), the penalty for which is found at 18 U.S.C. § 1791(b)(4).

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

LUIS A. SUAREZ
Assistant United States Attorney
State of Texas Bar No. 24117110
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: 214-659-8666; Fax: 214-659-8773
Email: luis.suarez4@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

NICHOLAS EVANS

INDICTMENT

18 U.S.C. § 1791(a)(2)
Possessing Contraband in Prison
(Count 1)

18 U.S.C. § 1791(a)(2)
Possessing Contraband in Prison
(Count 2)

21 U.S.C. § 841(b)(1)(E)
Possession with Intent to Distribute a Schedule I Controlled Substance
(Count 3)

3 Counts

A true bill rendered

_____
DALLAS                                                                  FOREPERSON

Filed in open court this 26th day of March, 2024.

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending